DAISY BALAKA, Respondent, v. STORK RESTAURANT, INC., Doing Business as THE STORK CLUB, Appellant.—

No opinion. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

JOSEPH BIONDO, Individually and as Guardian ad Litem of VINCENT MANFRE, an Infant, Appellant, v. IONIC REALTY CORP., Respondent.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ. [See *post*, p. 1022.]

MARGUERITE CAPUA et al., Respondents, v. VICTOR KOENIG, Doing Business under the Name of KOENIG'S RESTAURANT, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

RUTH EDELL, Respondent, v. JOSEPH EDELL, Appellant.—

In our opinion, the items allowed, as indicated, are proper subjects of amplification by a bill of particulars under the pleading. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur. [See *post*, p. 1009.]